**UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| FULL MEMBER SUBGROUP OF THE AMERICAN INSTITUTE OF STEEL CONSTRUCTION, LLC<br><br>    Plaintiff,<br> v.<br><br>THE UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>EXXON MOBIL CORPORATION ET AL.,<br><br>    Proposed Defendant-Intervenors | Court No. 20-00090 |

**CONSENT MOTION TO INTERVENE**

  Pursuant to 28 U.S.C. § 2631(j)(1)(B) and Rules 7(b) and 24 of the Rules of the United States Court of International Trade, ExxonMobil Chemical Company, a division of Exxon Mobil Corporation, and its affiliate, Gulf Coast Growth Ventures, LLC (collectively "ExxonMobil") respectfully move to intervene as Defendant-Intervenors in the above-captioned proceeding.

  Plaintiff Full Member Subgroup of the American Institute of Steel Construction, LLC initiated this action, alleging jurisdiction under 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I) and (B)(ii) and, and 28 U.S.C. § 1581(c), to contest the final negative determination of material injury by the U.S. International Trade Commission ("Commission") in the antidumping and countervailing duty investigations of fabricated structural steel from Canada, China, and Mexico. *See Certain Fabricated Structural Steel from Canada, China, and Mexico*, 85 Fed. Reg. 16129 (Int'l Trade

Comm'n Mar. 20, 2020); *Fabricated Structural Steel from Canada, China, and Mexico*, Inv. Nos. 701-TA-616-617 and 731-TA-1432-1434, USITC Pub. 5031 (Mar. 2020) (Final) ("USITC Pub. 5031").

ExxonMobil is an importer of process plant modules that contain FSS (*i.e.*, subject merchandise) that participated as a respondent during the administrative proceeding. ExxonMobil is therefore directly affected by Plaintiff's action because Plaintiff seeks to nullify the Commission's final determination, which could result in an imposition of antidumping and countervailing duty orders on FSS. ExxonMobil is an interested party under 19 U.S.C. § 1677(9)(A) and may intervene as a matter of right in the above-captioned action pursuant to 28 U.S.C. § 2631(j)(1)(B) ("in a civil action under section 516A of the Tariff Act of 1930, only an interested party who was a party to the proceeding in connection with which the matter arose may intervene, and such person may intervene *as a matter of right …*" (emphasis added)).

This motion is being filed within 30 days of the date of service of Plaintiff's complaint (*i.e.*, May 13, 2020), *Complaint*, ECF No. 9, and is therefore timely under Rules 24 and 6(a) of the Rules of this Court.

Pursuant to Rule 7(f) of the Rules of this Court, counsel for ExxonMobil has consulted with the parties to this action regarding this motion. On June 10, 2020, Adam Teslik, Counsel for Plaintiff Full Member Subgroup of the American Institute of Steel Construction, LLC, consented via email; on June 5, 2020, John David Henderson, counsel for Defendant United States, consented via email; on June 5, 2020, Matthew Nicely, counsel for Defendant-Intervenor Cornerstone Building Brands, consented via email; on June 12, 2020, Christopher Dunn, counsel for Defendant-Intervenor BlueScope Buildings North America Inc., consented via email; and on June 11, 2020, Ned Marshak, counsel for Defendant-Intervenors Jinhuan Construction Group

Co., Ltd., Wison (Nantong) Heavy Industry Co., Ltd., Shanghai Matsuo Steel Structure Co., Ltd., Yanda (Haimen) Heavy Equipment Manufacturing Co., Ltd., Shanghai Cosco Kawasaki Heavy Industries Steel Structure Co., Ltd., Modern Heavy Industries (Taicang) Co., Ltd., Dickerson Enterprises, Inc., and Steel Construction Group, LLC, consented via email.

As shown in the attached certificate of service, ExxonMobil has complied with Rule 24(c)(2) by serving its motion to intervene upon the parties to this proceeding, as provided in Rule 5.

**WHEREFORE**, ExxonMobil respectfully requests that this Court grant its motion to intervene as a Defendant-Intervenor in the above-captioned proceeding.

A proposed Order is attached.

                                              Respectfully submitted,

                                              */s/ Richard L.A. Weiner*
                                              Richard L.A. Weiner
                                              Rajib Pal

                                              Sidley Austin LLP
                                              1501 K Street, N.W.
                                              Washington, DC 20005
                                              (202) 736-8790
                                              rweiner@sidley.com

                                              *Counsel to Exxon Mobil Corporation and Gulf Coast Growth Ventures, LLC*

June 12, 2020

**UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE CLAIRE R. KELLY, JUDGE**

| | |
|---|---|
| FULL MEMBER SUBGROUP OF THE AMERICAN INSTITUTE OF STEEL CONSTRUCTION, LLC<br><br>        Plaintiff,<br>   v.<br><br>THE UNITED STATES,<br><br>        Defendant,<br><br>and<br><br>EXXON MOBIL CORPORATION ET AL.,<br><br>        Proposed Defendant-Intervenors | Court No. 20-00090 |

**ORDER**

Upon consideration of the Consent Motion to Intervene filed by ExxonMobil Chemical Company, a division of Exxon Mobil Corporation, and its affiliate, Gulf Coast Growth Ventures, LLC (collectively "ExxonMobil"), and all other papers and proceedings herein, it is hereby

ORDERED that the Consent Motion to Intervene is granted; and it is further

ORDERED that ExxonMobil may intervene in this action as Defendant-Intervenor.

SO ORDERED.

 

                                                                             _____
                                                                                     Judge Claire R. Kelly

Dated: _____, 2020
       New York, New York