

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

September 22, 2021

Alan Hayden Price, Esq.
Adam Milan Teslik, Esq.
Christopher Bright Weld, Esq.
Douglas Charles Dreier, Esq.
Enbar Toledano, Esq.
Jeffrey Owen Frank, Esq.
Maureen Elizabeth Thorson, Esq.
Stephanie Manaker Bell, Esq.
Stephen Joseph Obermeier, Esq.
Wiley Rein, LLP
1776 K Street, NW
Washington, DC 20006
Email: aprice@wiley.law
ateslik@wiley.law
cweld@wiley.law
ddreier@wiley.law
etoledano@wiley.law
jfrank@wiley.law
mthorson@wiley.law
sbell@wileyrein.com
sobermeier@wiley.law

John David Henderson, Esq.
Andrea C. Casson, Esq.
Karl Stuart von Schriltz, Esq.
U.S. International Trade Commission
Office of the General Counsel
500 E Street, SW
Washington, DC 20436
Email: john.henderson@usitc.gov
andrea.casson@usitc.gov
karl.vonschriltz@usitc.gov

Matthew Robert Nicely, Esq.
Daniel Martin Witkowski, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW
Washington, DC 20006-1037
   Email:    mnicely@akingump.com
                  dwitkowski@akingump.com

Christopher Allan Dunn, Esq.
Daniel Lewis Porter, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Avenue, NW.
Suite 1300
Washington, DC 20006
   Email:    cdunn@curtis.com
                  dporter@curtis.com

Ned Herman Marshak, Esq.
Max F. Schutzman, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
599 Lexington Avenue
36th Floor
New York, NY 10022
   Email:    nmarshak@gdlsk.com
                  mschutzman@gdlsk.com

Eve Qiwei Wang, Esq.
Jordan Charles Kahn, Esq.
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
1201 New York Avenue, NW
Suite 650
Washington, DC 20005
   Email:    eqwang@gdlsk.com
                  jkahn@gdlsk.com

Richard L.A. Weiner, Esq.
Rajib Pal, Esq.
Sidley Austin, LLP
1501 K Street, NW
Washington, DC 20005-1401
   Email:    rweiner@sidley.com
                  rpal@sidley.com

     Re:   *Full Member Subgroup of the American Institute of Steel Construction, LLC v. United States,* Court No. 20-00090

Court No. 20-00090                                                                                     Page **3** of **3**

Dear Counsel:

      It is my intention to issue a public version of the Opinion in the above-captioned proceeding on or shortly after Thursday, September 30, 2021. The court has double-bracketed information that was designated as confidential in the underlying record. However, out of an abundance of caution, I would like you to review the Opinion and inform the court by Wednesday, September 29, 2021 in writing, (1) whether any information not already in brackets is confidential and should be double-bracketed in the public version, or (2) whether any information already in brackets is not confidential and should not be double-bracketed in the public version. If you do believe any additional information should or should not be redacted from the public version, please state the basis for your belief.

      Thank you for your assistance.

                                                           Sincerely,

                                                          /s/ Claire R. Kelly
                                                         Claire R. Kelly, Judge

Cc: Steve Taronji
     For docketing