## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **FULL MEMBER SUBGROUP OF THE AMERICAN INSTITUTE OF STEEL CONSTRUCTION, LLC,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**UNITED STATES,**<br><br>        **Defendant,**<br><br>    **and**<br><br>**CORNERSTONE BUILDING BRANDS, INC.,** *et al.***,**<br><br>        **Defendant-Intervenors.** | **Before: Hon. Claire R. Kelly, Judge**<br><br>**Court No. 20-00090** |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that the Full Member Subgroup of the American Institute of Steel Construction, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Federal Circuit from the decision, order, and judgment of the U.S. Court of International Trade entered in this action, *Full Member Subgroup of the American Institute of Steel Construction v. United States*, Ct. No. 20-00090, slip op. 21-125 (Ct. Int'l Trade Sept. 22, 2021), ECF No. 89; Judgment Order, Ct. No. 19-00212 (Ct. Int'l Trade Sept. 22, 2021), ECF No. 78.

Respectfully submitted,

*/s/ Alan H. Price*
Alan H. Price, Esq.
Christopher B. Weld, Esq.
Adam M. Teslik, Esq.

**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
(202) 719-7000

*Counsel to the Full Member Subgroup of the American Institute of Steel Construction*

Dated: November 19, 2021