# United States Court of Appeals for the Federal Circuit

---

**FULL MEMBER SUBGROUP OF THE AMERICAN INSTITUTE OF STEEL CONSTRUCTION, LLC,**
*Plaintiff-Appellant*

v.

**UNITED STATES, CORNERSTONE BUILDING BRANDS, INC., BLUESCOPE BUILDINGS NORTH AMERICA INC., JINHUAN CONSTRUCTION GROUP CO., LTD., WISON (NANTONG) HEAVY INDUSTRY CO., LTD., SHANGHAI MATSUO STEEL STRUCTURE CO., LTD., YANDA (HAIMEN) HEAVY EQUIPMENT MANUFACTURING CO., LTD., SHANGHAI COSCO KAWASAKI HEAVY INDUSTRIES STEEL STRUCTURE CO., LTD., MODERN HEAVY INDUSTRIES (TAICANG) CO., LTD., DICKERSON ENTERPRISES, INC., STEEL CONSTRUCTION GROUP, LLC,**
*Defendants-Appellees*

**EXXONMOBIL CHEMICAL COMPANY, a division of Exxon Mobil Corporation, GULF COAST GROWTH VENTURES, LLC,**
*Defendants*

---

2022-1176

---

Appeal from the United States Court of International Trade in No. 1:20-cv-00090-CRK, Judge Claire R. Kelly.

---

## MANDATE

---

In accordance with the judgment of this Court, entered September 7, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

October 30, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court